AMERICAN PRESERVERS' COMPANY, Appellant, *v.* THE COLUMBIA INVESTMENT COMPANY, Respondent.

*Am. Preservers' Co.* v. *Col. Investment Co.*, 11 Misc. Rep. 126, affirmed. (Argued January 25, 1898; decided March 1, 1898.)

APPEAL from an order of the General Term of the late Superior Court of Buffalo, entered February 15, 1895, which reversed a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial made upon the minutes, and granted a new trial.

*Simon Fleischmann* for appellant.

*Nathaniel W. Norton* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.

All concur, except PARKER, Ch. J., absent.

---

BARTLEY DELANEY, as Administrator of RICHARD DELANEY, Deceased, Respondent, *v.* THE STEINWAY RAILWAY COMPANY of Long Island City, Appellant.

*Delaney* v. *Steinway Railway Co.*, 3 App. Div. 619, affirmed. (Argued January 25, 1898; decided March 1, 1898.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 5, 1896, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Frederick E. Fishel* for appellant.

*Ira G. Darrin* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.